Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

F I L E D

APR 1 7 2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

Civil Division

|  |  |
|---|---|
| Monal Patel | ) Case No.    1:20CV427   TSE/JFA |
| _____ | ) _(to be filled in by the Clerk's Office)_ |
| Plaintiff(s) | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) Jury Trial: _(check one)_  ☒ Yes  ☐ No |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
|  | ) |
|  | ) |
|  | ) |
| CREDENCE MANAGEMENT SOLUTIONS, LLC | ) |
| _____ | ) |
| Defendant(s) | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names.)_ | ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.   The Parties to This Complaint

####   A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Monal Patel |
| Street Address | 2020 F St NW Apt 125 |
| City and County | Washington, Washington |
| State and Zip Code | DC 20006 |
| Telephone Number | 860-655-7277 |
| E-mail Address | monal.m.patel@gmail.com |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | CREDENCE MANAGEMENT SOLUTIONS LLC |
| Job or Title *(if known)* | |
| Street Address | 8609 WESTWOOD CTR DR #300 |
| City and County | Vienna, Fairfax |
| State and Zip Code | VA 22182 |
| Telephone Number | 8884592430 |
| E-mail Address *(if known)* | schowdhary@credence-llc.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Telephone Number**

**E-mail Address** *(if known)*

### C.   Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | US ARMY HQDA PEO-EIS PM GFEBS |
| Street Address | 2521 s Clark St |
| City and County | Arlington,Arlington |
| State and Zip Code | VA 22202 |
| Telephone Number | |

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒   Other federal law *(specify the federal law)*:

Lilly Ledbetter Fair Pay Act (BROADENS coverage under Title VII);

☐   Relevant state law *(specify, if known)*:

☐   Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☒   Termination of my employment.

☐   Failure to promote me.

☐   Failure to accommodate my disability.

☐   Unequal terms and conditions of my employment.

☒   Retaliation.

☐   Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)
1/3/2020; 1/9/2020; 1/22/2020; 2/14/2020

C.   I believe that defendant(s) *(check one)*:

☒   is/are still committing these acts against me.

☐   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐   race   _____

☐   color   _____

☒   gender/sex   sex orientation (gay)

☐   religion   _____

☒   national origin   INDIAN

☐   age *(year of birth)* _____   *(only when asserting a claim of age discrimination.)*

☒   disability or perceived disability *(specify disability)*
ADD

E.   The facts of my case are as follows. Attach additional pages if needed.

1. A prima facie case of discrimination established by demonstrating that a) I am a member of a protected group [gay, Indian origin, male]; b)I am similarly situated to employees outside of my protected group [Chris Zack, program analyst, civilian, white American male. David Greene, program analyst, contractor, white American male]; and c) I was treated differently than those co-workers [no one else had a gag order issued, had to deal with undefined matrixed role, was targeted for performance issues write up, or scolded for using critical thinking and research skills to provide management pertinent timely data]. Potter v. Goodwill Industries of Cleveland, 518 F.2d 864,865 (6th cir 1975)

2. In clear retaliation by Jennifer Chang for my disclosing, by way of a direct email to the Deputy PM for GFEBS, of a seeming shortcoming of her ability to manage her responsibilities and duties as an Acting Chief for the Business Management Division of PM GFEBS, when I said there may be a possible issue with the account GFEBS was using in allowing the collection of reimbursable manpower costs; and, for refusing to sign Credence's unlawful and unethical performance counseling memo issued on 1/3/20, in which Army supervisor Jennifer Chang wanted to violate my civil liberties of free speech, the company, via Brian Sundin, began a campaign to terminate me. They succeeded in their retaliation discriminiation, which was a part of their ongoing and sustained disparate treatment of me, by creating a false document on my performance issues in order to get me terminated, not allowing me to even put forth an honest and fair attempt to address any issues.

3. Unrealistic and unmeasurable performance goals were mandated for me, with no examples of expected outcomes. An example being the research and innovative thinking on onboarding process improvements I had that I told COL Donald Burton (an O-6 level active duty commissioned officer in the Army), the PM of GFEBS, about and which he published an email reply, and copied Brian Sundin, where he supported my ideas and efforts and submissions. Literally, weeks later, Jennifer Chang has Brian Sundin of Credence Management Solutions state these very research and critical thinking items are performance issues, thereby creating a direct contradiction to my direction from COL Burton. It also shows they ignored the positive feedback on my work, supporting my allegation that GFEBS BMD and Credence ACTED WILLFUL in their disparate discrimination toward me.

4. Credence and Army validated a Position Description for my program analyst role, yet I was written up as "having worked on non relevant items" for actually carrying out one of those very expected/validated duties. Again, the disparate treatment toward me included this retaliation and that in and of itself was discriminatory. But there also was the fact that supervisors delayed providing me with adequate training and disregarded the positive results of said training, as well as ignored positive feedback on my work. On December 7, 2019, my former employer ADEPT Force Group, which held contract prior to Credence's win, praised me for outstanding support of my customers, and gave me a large bonus, in the 4 digits, for that performance. This willful finding, in how Credence treated me, would go directly against at-will employment defense for Credence to justify my termination, because it is one of the Virginia state public policy exceptions.

5. Not even 3 weeks later, on 1/22/20, Credence terminates me for performance, yet did not give me any fair and reasonable time to achieve/attain goals from their false, deceitful performance counseling memo. This was also discriminatory disparate treatment of me by them, based partly on retaliation of me for not signing acceptance of their false, deceitful performance counseling, and for calling to their attention the unethical and unfair treatment I got, such as a gag order, was a violation of my civil liberties as the 1st Amendment protects freedom of speech.

6. Credence continued to malign my reputation by hampering federal employment prospects by placing an Incident Report in my JPAS (Joint Personnel Adjudication System) file for my security clearance on 2/14/20. They had no basis to do that as I had no contact or business with them on or around that date. Moreover, they gave up sponsorship of said clearance nearly 2 weeks prior to that date, definitely prior to January 30th, as that is the date Galorath, my next employer, began their ownership of my clearance in JPAS. In conclusion, there was no contact, connection, or communication with Credence at that point and with no legal sponsorship over my clearance, they ACTED WILLFUL by entering a greatly

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

exaggerated and false incident report on February 14, 2020, knowing this forever would deny my being able to find a DoD contract job, and thereby jeopardize my livelihood, and life. They understood that I had no recourse either to counter or defend my record. This one-sided, monarchic setup makes this an abuse of their authority, once again, in a retaliatory act, to disparately treat me as if I had no rights to due process or to confront the witnesses or accuser. (continues on add'l pg)

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

2/7/20

B.      The Equal Employment Opportunity Commission *(check one)*:

☐        has not issued a Notice of Right to Sue letter.

☒        issued a Notice of Right to Sue letter, which I received on *(date)*    3/9/2020    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐        60 days or more have elapsed.

☐        less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Patel v Credence Mgmt Solutions; Additional Sheets, Section III. (E.) Facts of my case:

**6 (continued from previous page).** As was confirmed by a FOIA Request of my JPAS file, Credence wrote in their I.R. that I was "demonstrating insider threat behaviors of retaliation", trying to paint my noble whistleblower actions as if I were a subversive person. Credence sought to poison my communications with them in which I disclosed a vulgar manner in how Brian Sundin treated me upon my firing and escorting out the building, and where I requested my personal effects from my desk be returned as some sort of retaliatory acts of a mad ex-employee. When this wasn't addressed in their reply, I stated matter of factly that this was now considered by me to be theft of my property by them. Another communication was a letter of grievance for wrongful termination I wrote, based off a professional form letter I found off a legal document website. This was written very respectfully and professionally, lawyerly, even. Credence seems to affirm that in their minds I have no rights to defend my record, no rights to pursue legal action for discrimination, and no rights to request my personal effects be returned. Furthermore, none of what Credence has stated fits the definition of insider threats, which need to either wittingly or unwittingly threaten national security of the United States by using the authorized access to systems or facilities one has. They falsely use the flamboyant term of insider threats, thereby committing libel against me, as none of my communications could fit the definition. This was a retaliation effort by Credence to ruin my career. And it is an abuse of their authority because they know I cannot rebut their allegations or defend my record in JPAS, and so they are willful in their actions to not only have me immediately removed from the facility but prevented from any future DoD work requiring a security clearance. Finally, this retaliation directly relates to my whistleblower disclosures on the violation of my civil liberties by the gag order on free speech I was required to accept. Thus, Credence is in violation of whistleblower reprisal laws, 10 U.S.C. Sec. 2409, 41 U.S.C. Sec. 4712, and the NDAA/Defense Contractor Whistleblower Protection Law.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I seek compensatory relief for the pain, emotional stress, loss of income, damage to my reputation, back pay and front pay, and expenses and legal fees, in the sum of $700,000. With a willful finding, I should also be entitled to liquidated damages and tax burden offset award.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    4/14/2020

Signature of Plaintiff

Printed Name of Plaintiff    Monal Patel

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Each document filed by pro se shall bear the following certification:

## CERTIFICATION

I declare under penalty of perjury that:

(1) No attorney has prepared, or assisted in the preparation of this document.

Monal Patel

/s/ monal patel                 *Monal Patel*

Executed on : 4/14/20

                                **OR**

(2) _____ (name of attorney)
        _____(address of attorney)
        _____(phone of attorney)

Prepared, or assisted in the preparation of this document.

Monal Patel

_____

Executed on:

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Monal Patel**<br>**2020 F St NW Apt 125**<br>**Washington, DC 20006** | From: **Washington Field Office**<br>**131 M Street, N.E.**<br>**Suite 4NW02F**<br>**Washington, DC 20507** |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 570-2020-01015 | **Mark Young,**<br>**Intake Supervisor** | **(202) 419-0719** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_for_ **Mingy E. Weinstein,**
**Acting Director**

**MAR 0 6 2020**
(Date Mailed)

Enclosures(s)

cc: **Susan Alexander**
**Human Resources Director**
**CREDENCE MANAGEMENT SOLUTIONS**
**8609 Westwood Center Dr**
**Ste 300**
**Vienna, VA 22182**